UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRITHISH TELECOMMUNICATIONS PLC, <br><br>    Plaintiff and Counterclaims-<br>    Defendant<br><br>v.<br><br>ST-ERICSSON S.A., and<br>ST-ERICSSON INC.<br><br>    Defendants and Counterclaims-<br>    Plaintiffs. | Civil Action No. 1:09-cv-11933-WGY |

## ANSWER TO COUNTERCLAIMS

Plaintiff/Counterclaims-Defendant British Telecommunications plc ("BT") hereby replies to Defendants/Counterclaims-Plaintiffs ST-Ericsson Inc. and ST-Ericsson S.A. (collectively, "ST-Ericsson") as follows:

### PARTIES

27.    BT, upon information and belief, admits that ST-Ericsson Inc. is a corporation organized under the laws of the State of Delaware. BT is without knowledge or information sufficient to form a belief as to the truth of the allegation that ST-Ericsson Inc.'s principal place of business is 7500 Rialto Blvd., Bldg. Two, Suite 200, Austin, TX 78735. BT admits, upon information and belief, that ST-Ericson S.A. is incorporated in Geneva, Switzerland with its principal place of business at 1 Chemin du Champ-des-Filles 39, Case Postale 21, CH-1228 GENEVA, Plan-les-Ouates, Switzerland.

28.    Admitted.

1

## JURISDICTION AND VENUE

29. Admitted.

30. Admitted.

31. Admitted.

## FACTS

32. Admitted.

33. Admitted.

34. Admitted.

## COUNT ONE
## (NON-INFRINGEMENT)

35. BT incorporates by reference its responses to Paragraphs 27 through 34 of ST-Ericsson's Counterclaims as though fully set forth herein.

36. Denied.

37. Denied.

## COUNT TWO
## (INVALIDITY)

38. BT incorporates by reference its responses to Paragraphs 27 through 34 of ST-Ericsson's Counterclaims as though fully set forth herein.

39. Denied.

40. Denied.

## COUNT THREE
## (UNENFORCEABILITY)

41. BT incorporates by reference its responses to Paragraphs 27 through 34 of ST-Ericsson's Counterclaims as though fully set forth herein.

42. Denied.

43. Denied.

## REQUEST FOR RELIEF

WHEREFORE, BT respectfully requests that this Court:

(a) dismiss ST-Ericsson's Counterclaims with prejudice;

(b) determine that this case is exceptional under 35 U.S.C. § 285 and award BT its attorneys' fees and costs of suit;

(c) grant BT all relief requested under its Second Amended Complaint; and

(d) provide BT such additional and further relief as the Court deems proper.

DATED: January 31, 2011                               Respectfully Submitted,

/s/ Mark W. Batten
Mark W. Batten BBO# 566211
Proskauer Rose LLP
One International Place
Boston, MA  02110-2600
617.526.9600
mbatten@proskauer.com

**Of Counsel:**

James H. Shalek (*Pro Hac Vice*)
Robert S. Mayer (*Pro Hac Vice*)
Joon R. Yoon (*Pro Hac Vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY  10036-8299
212.969.3000
jshalek@proskauer.com
rmayer@proskauer.com
jyoon@proskauer.com

*Attorneys for Plaintiff*
*British Telecommunications plc*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on January 31, 2011, *Plaintiff/Counterclaims-Defendant British Telecommunications plc's Answer to Counterclaims* was filed via ECF, and will be served electronically upon the registered participants in this action as identified on the Notice of Electronic Filing (NEF).

                                        */s/ Mark W. Batten*
                                         Mark W. Batten